UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HIEU LY,**<br><br>　　　　Petitioner,<br>　　v.<br>JOSHUA JOHNSON in his official capacity as Warden of Adelanto Detention Facility, *et al.*,<br><br>　　　　Respondents. | **ORDER Scheduling TRO Briefs**<br><br>SA CV 26-00528-VBF-JDE |

**No later than 11:59 p.m. on Wednesday, March 12, 2026, respondents SHALL FILE a brief responding to the temporary restraining order ("TRO") application.**

**No later than 11:59 p.m. on Thursday, March 13, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: March 9, 2026

　　　　　　　　　　　　　　　　　*/s/ Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　Senior United States District Judge