# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

**HIEU LY,**

                          Petitioner,

      v.

Warden-Adelanto Detention Facility *et al.*,

                          Respondents.

)
)
)
)
)
)
)
)
)
)
)

**PRELIMINARY INJUNCTION**

SA CV 26-00528-VBF-JDE

**The application for a preliminary injunction is GRANTED.  Pending judgment in this case and the adjudication of any ensuing appeals and certiorari petitions, respondents remain enjoined from** re-detaining Petitioner unless he receives the process required under 8 C.F.R. §§ 241.4(l)(1) and 241.13(i)(3) and the 5th Amendment; from deporting Petitioner to any country as to which he has not received notice and for which he has not had an opportunity to seek protection relief; and from moving petitioner out of this federal judicial district, the Central District of California.

Petitioner shall not be required to give security. *See* Fed. R. Civ. P. 65 subsection c.

IT IS SO ORDERED.

Dated:  March 23, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge