UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HIEU LY,<br><br>             Petitioner,<br><br>      v.<br><br>JOSHUA JOHNSON, et al.,<br><br>             Respondents. | Case No. 8:26-cv-00528-VBF-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Order Granting a Temporary Restraining Order directing Respondents to immediately release Petition (Dkt. 13); the Order granting a Preliminary Injunction (Dkt. 18); Respondents' Answer to the Petition (Dkt. 19); Petitioner's Reply (Dkt. 20); the Report and Recommendation of the magistrate judge (Dkt. 22, "Report"); and Petitioner's Objections to the Report (Dkt. 23).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Date:  June 10, 2026

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge