JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HIEU LY, | Case No. 8:26-cv-00528-VBF-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| JOSHUA JOHNSON, et al., | |
| Respondents. | |

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Date:  June 10, 2026

*Valerie Baker Fairbank*

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge